**Form oinst**

# United States Bankruptcy Court
MIDDLE DISTRICT OF TENNESSEE
Case No. **3:13−bk−08387**
**Chapter 13**

In re:
   George Anthony Brooks
   3317 Towne Village Road
   Antioch, TN 37013−4909

Social Security No.:
   xxx−xx−0189

Employer's Tax I.D. No.:

## Order Approving Payment of Filing Fees in Installments

The debtor has filed an application and affidavit stating the terms for paying the filing fees in this case in installments.

IT IS ORDERED that the debtor shall pay the filing fee in the amount of $ 281.00 by cash, money order or cashiers check made payable to the Clerk of the US Bankruptcy Court, 701 Broadway, Suite 170, Nashville, TN 37203 within 120 days of the original filing of the petition

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                            BY THE COURT

Dated: 9/25/13                                    /s/ Marian F Harrison
                                              United States Bankruptcy Judge