Form failfmcc (rev 5/12)

# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
## Case No. **3:13–bk–08387**
**Chapter 13**

In re:

George Anthony Brooks
3317 Towne Village Road
Antioch, TN 37013–4909

Social Security No.:
xxx–xx–0189

## NOTICE OF FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE

To the Debtor(s):

You are receiving this notice because you failed to file a Financial Management Course Certificate (Rule 1007(b)(7) statement) within 45 days after the date first set for the meeting of creditors. Your case will be closed without you receiving a discharge if you fail to file the Financial Management Course Certificate by the date when your last payment required under your Chapter 13 is made.

Should your case convert to one under Chapter 7 in the future, the deadline to file your Financial Management Course Certificate will be 60 days after the date first set for your original meeting of creditors. Failure to comply may result in your case being closed without discharge and without prior notice immediately upon conversion.

Date first set for the meeting of creditors:    11/5/2013

Dated: <u>12/23/13</u>                                    <u>MATTHEW T LOUGHNEY</u>
                                                        Clerk, U.S. Bankruptcy Court